Michael P. ROSENTHAL,
Respondent/Appellant,

v.

Joyce A. ROSENTHAL,
Petitioner/Respondent.

No. 68558.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 27, 1996.

Michael P. Rosenthal, St. Louis, pro se.

John F. Bild, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Husband appeals from the dissolution decree entered on February 28, 1995. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.